**Frank SMITH, Appellant,**

v.

**The STATE of Texas, Appellee.**

**Nos. 52665–52667.**

Court of Criminal Appeals of Texas.

Oct. 13, 1976.

Juan VARGAS, Appellant,

v.

The STATE of Texas, Appellee.

No. 51385.

Court of Criminal Appeals of Texas.

Oct. 20, 1976.

Stephen M. Orr, Austin, for appellant.

Robert O. Smith, Dist. Atty., and Richard E. Banks, Asst. Dist. Atty., Lago Vista, Jim D. Vollers, State's Atty., and David S. Mc-Angus, Asst. State's Atty., Austin, for the State.

## OPINION

DALLY, Commissioner.

These are appeals from final judgments forfeiting appearance bonds.

The appellant, a surety on the bonds, asserts there is insufficient evidence to support the judgment because the judgments nisi were not admitted in evidence. A final judgment forfeiting a bail bond must be supported by the judgment nisi. *Fears v. State*, 500 S.W.2d 815 (Tex.Cr.App.1973); *Purkey v. State*, 494 S.W.2d 541 (Tex.Cr. App.1973); *Morgan v. State*, 157 Tex.Cr.R. 117, 247 S.W.2d 94 (1952). The State did not offer in evidence the judgments nisi; the State concedes error.

The judgments are reversed and the causes are remanded.

Opinion approved by the Court.